LAURA KOZUBE, Respondent, v. ROCKAWAY LUNCH COMPANY and Another, Appellants.—Order entered February 24, 1919, reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide event. Appeal from order granted [dated] March 28, 1919, dismissed, without costs. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS W. KEDDY and Others, Appellants, v. JOHN F. MALONE, as Commissioner of the Department of Parks and Public Buildings of the City of Buffalo, Respondent.—Order affirmed, with ten dollars costs and disbursements. Held, without attempting to define the limits of the discretion which may be exercised by the commissioner of parks and public buildings in renting the hall, we see no reason for interfering with the discretion of the Special Term in denying the relators' application for mandamus. All concurred.

AGAMEMNON GARIFALOS, Respondent, v. ANASTASIA GARIFALOS, Appellant.— Order affirmed, without costs. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES E. WATTERS, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

MAY BELLE SMITH, Respondent, v. HENRY HAMMOND SMITH, Appellant. — Order affirmed. No costs are allowed upon this appeal for the reason that respondent's counsel did not appear upon the argument nor file brief. All concurred.

ARTHUR T. JONES, Respondent, v. THE VILLAGE OF PALMYRA, Appellant. — Judgment affirmed, with costs. All concurred.

In the Matter of the Petition of BENJAMIN F. CROWELL and Others, for the Drainage of Certain Swamp Lands.— Motion to dismiss appeal granted, unless appellants shall file and serve printed papers within sixty days and pay to respondent's attorney ten dollars.

In the Matter of the Judicial Settlement of the Accounts of JAMES H. McNAIR, as Administrator, etc.— Motion to dismiss appeal granted, unless appellant within ten days shall give the undertaking required by section 2759 of the Code of Civil Procedure, and pay to respondent's attorney ten dollars.

CENTRAL TRUST COMPANY OF NEW YORK, Plaintiff, v. PITTSBURGH, SHAWMUT AND NORTHERN RAILROAD COMPANY and Others, Defendants. FRANK SULLIVAN SMITH, as Receiver, etc., Respondent; CENTRAL TRUST COMPANY OF NEW YORK, as Trustee, etc., and Others, Appellants.— Upon consideration of the merits of the controversy, in accordance with the opinion of the Court of Appeals (223 N. Y. 347), the order entered May 21, 1917, and the order entered July 11, 1917, are reversed, upon the facts, and the matter remitted to the Special Term to take such further proof upon the questions involved in this proceeding as either party may desire to submit. Motion for stay granted upon giving additional security in the sum of $50,000. All concurred.